UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

HID GLOBAL CORPORATION,

        Plaintiff,

  -against-

AJAY JAIN, VIKRANT GHAI, and
SHAILENDRA SHARMA,

        Defendants.

------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/22

Case No. 1:21-cv-10828-AJN

**[PROPOSED] ORDER ON JOINT MOTION TO TRANSFER
TO THE DISTRICT OF DELAWARE**

    The Court, having considered the parties' Joint Motion to Transfer, finds that a transfer of this action would serve the interest and convenience of the parties and witnesses pursuant to 28 U.S.C. § 1404.

    IT IS HEREBY ORDERED that the parties' joint motion is GRANTED, and this action shall be transferred to the District of Delaware.

    **IT IS SO ORDERED.**

Dated: _____February 8_____, 2022

                                                          _____
                                                                    U.S.D.J.